### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**LEVI KEITH JOHNSTON**                                                                **PLAINTIFF**

**v.**                                                               **CIVIL ACTION NO. 3:12CV-742-M**

**BRISTOL PALIN**                                                                **DEFENDANT**

### MEMORANDUM OPINION

     This action was purportedly filed by Levi Keith Johnston seeking a restraining order against Bristol Palin and an injunction granting Plaintiff custody of their child. The Court finds it highly unlikely that Johnston actually filed and signed the complaint. Instead, based upon the frivolous and scandalous allegations contained in the initiating document, the Court believes that the action was filed by Jonathan Lee Riches, who has filed (not only in this Court but in federal district courts throughout the country) numerous similarly frivolous and scandalous actions naming celebrities/public figures as plaintiffs and defendants. Due to the frivolity of the filing, dismissal of this action is warranted. *See Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999) ("[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion.").

     Further, and not surprisingly, a copy of a January 4, 2013, Order sent to supposed Plaintiff Johnston was returned to the Court by the U.S. Postal Service. The envelope was marked "wrong address" and "Return to Sender, Attempted Not Known, Unable to Forward." Dismissal is also warranted on this basis.

The Court will enter a separate Order of dismissal.

Date: February 8, 2013

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc: Plaintiff, *pro se*
4414.005